### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

PETER HERNANDEZ,
    Plaintiff,

vs.                                  Case No.:  3:05cv39/MCR/EMT

FLORIDA DEP'T OF CORR.,
SANTA ROSA CORR. INST.,
    Defendants.
_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 29, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's Motion for a Preliminary Injunction and/or Temporary Restraining Order (Doc. 16) is **DENIED**.

    **DONE AND ORDERED** this 4th day of August, 2005.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**