**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PETER HERNANDEZ,
    Plaintiff,

vs.                                                   Case No.: 3:05cv39/MCR/EMT

SANTA ROSA CORR. INST., et al.,
    Defendants.
                                    /

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 8, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Plaintiff's First Amendment claim is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), such dismissal being without prejudice to Plaintiff's filing a new action asserting his First Amendment claim after he has exhausted his administrative remedies.

      3. Plaintiff's claim under 18 U.S.C. § 4042 is **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(b)(i).

      4. Plaintiff's claims under the Eighth Amendment, Due Process Clause, and Equal Protection Clause are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii).

5.  All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 24th day of May, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**