IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER HERNANDEZ,
    Plaintiff,

vs.                                                     Case No.: 3:05cv39/MCR/EMT

SANTA ROSA CORR. INST., et al.,
    Defendants.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 22, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to assert them in state court.

      3. This action is **DISMISSED** and the clerk is directed to close the file.

      **DONE AND ORDERED** this 10th day of October, 2007.

                                            *s/ M. Casey Rodgers*

                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**