IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER HERNANDEZ,
    Plaintiff,

vs.                              Case No.:  3:05cv39/MCR/EMT

OFFICER SCHILL, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 20, 2008 (Doc. 124).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's First Amendment claim is **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C. § 1997e(e).

    3.    Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to assert them in state court.

    4.    This action is **DISMISSED** and the clerk is directed to close the file.

    **DONE AND ORDERED** this 17th day of November, 2008.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**